# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CHAUDHARY, KANUBHAI § Case No. 14-00992 DRC
CHAUDHARY, SAROJBEN §
§
§
Debtors §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
JEFFREY P. ALLSTEADT
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/11/2016 in Courtroom 240,
Kane County Courthouse
100 S. Third Street
Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/05/2016        By: /s/ JEFFREY P. ALLSTEADT
                                   Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CHAUDHARY, KANUBHAI § Case No. 14-00992 DRC
CHAUDHARY, SAROJBEN §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 11,500.00 |
| and approved disbursements of | $ | 315.20 |
| leaving a balance on hand of[1] | $ | 11,184.80 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 1,900.00 | $ 0.00 | $ 1,900.00 |
| Attorney for Trustee Fees: Cohen & Krol | $ 2,036.50 | $ 0.00 | $ 2,036.50 |
| Other: Adams Levine Surety Bond Agency | $ 6.50 | $ 6.50 | $ 0.00 |
| Other: Cohen & Krol | $ 45.86 | $ 0.00 | $ 45.86 |

Total to be paid for chapter 7 administrative expenses    $    3,982.36
Remaining Balance    $    7,202.44

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,463.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 39.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 3,378.72 | $ 0.00 | $ 1,318.03 |
| 000002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 27.53 | $ 0.00 | $ 10.74 |
| 000003 | FIFTH THIRD BANK<br>PO BOX 9013<br>ADDISON, TEXAS 75001 | $ 4,690.90 | $ 0.00 | $ 1,829.91 |
| 000004 | FIFTH THIRD BANK<br>PO BOX 9013<br>ADDISON, TEXAS 75001 | $ 4,760.60 | $ 0.00 | $ 1,857.10 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000005 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 87.82 | $ 0.00 | $ 34.26 |
| 000006 | PYOD, LLC its successors and assigns as assignee<br>of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 2,437.29 | $ 0.00 | $ 950.78 |
| 000007 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 2,798.70 | $ 0.00 | $ 1,091.76 |
| 000008 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ 281.63 | $ 0.00 | $ 109.86 |

Total to be paid to timely general unsecured creditors             $         7,202.44

Remaining Balance                                                   $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                         Case No. 14-00992-DRC
Kanubhai Chaudhary                                             Chapter 7
Sarojben Chaudhary
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0752-1          User: cweston              Page 1 of 2                  Date Rcvd: Feb 08, 2016
                              Form ID: pdf006            Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2016.
db/jdb         #+Kanubhai Chaudhary,    Sarojben Chaudhary,    65 W. Nevada St.,    Glendale Heights, IL 60139-2649
aty             +Cohen & Krol,    Cohen & Krol,    105 West Madison St 1100,    Chicago, IL 60602-4600
aty             +Gina B. Krol,    Cohen and Krol,    105 W Madison St, Suite 1100,    Chicago, IL 60602-4600
21413215        +Adventist GlenOaks Hospital,    PO Box 1965,    Southgate, MI 48195-0965
21413217       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,     PO Box 982235,    El Paso, TX 79998)
22263776         Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21413220        +Chase Bank USA,    P.O. Box 15298,    Wilmington, DE 19850-5298
21413221        +Chase Bank USA, NA,    PO Box 15298,    Wilmington, DE 19850-5298
21413222        +Chase/Bank One Card Service,    PO Box 15298,    Wilmington, DE 19850-5298
21413223        +Chicago Anesthesia Associates, SC,     2334 Momentum Place,    Chicago, IL 60689-5325
21413224        +Chicago Ortho and Sports Medicine,     PO Box 3179,    Carol Stream, IL 60132-3179
21413226       ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                  GRAND RAPIDS MI 49546-6253
                 (address filed with court: Fifth Third Bank,     38 Fountain Sq. Plz,    MD 109064,
                  Cincinnati, OH 45263)
21988141        +FIFTH THIRD BANK,    PO BOX 9013,    ADDISON, TEXAS 75001-9013
21413227        +Fifth Third Bank,    5050 Kingsley Dr.,    MD 1MOC2G,    Cincinnati, OH 45227-1115
21413218       ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
                 (address filed with court: Best Buy,     PO Box 15524,    Wilmington, DE 19850)
21413231         Sears/CBNA,    133200 Smith Rd.,    Cleveland, OH 44130
21413232       ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Leasing,      5005 N. River Blvd. NE,
                  Cedar Rapids, IA 52411)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21413216        +E-mail/Text: SRCO-Bankruptcy@advocatehealth.com Feb 09 2016 01:49:16
                  Advocate Illinois Masonic Medical,    836 W. Wellington Ave,    Chicago, IL 60657-5147
22315570         E-mail/PDF: rmscedi@recoverycorp.com Feb 09 2016 01:42:09       Capital Recovery V, LLC,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
21413219        +E-mail/Text: bk.notifications@jpmchase.com Feb 09 2016 01:46:42       Chase,    P.O. Box 901076,
                  Fort Worth, TX 76101-2076
21413225         E-mail/Text: mrdiscen@discover.com Feb 09 2016 01:46:02       Discover Financial Services,
                  P.O. Box 15316,    Wilmington, DE 19850-5316
21981235         E-mail/Text: mrdiscen@discover.com Feb 09 2016 01:46:02       Discover Bank,
                  DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
21413228        +E-mail/PDF: gecsedi@recoverycorp.com Feb 09 2016 01:59:08       GECRD/JC Penneys,    PO Box 965007,
                  Orlando, FL 32896-5007
21413229         E-mail/Text: bankruptcy.bnc@gt-cs.com Feb 09 2016 01:46:36       Green Tree,    PO Box 6172,
                  Rapid City, SD 57709-6172
21413230        +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 09 2016 01:46:18       Kohl's,    PO Box 2983,
                  Milwaukee, WI 53201-2983
22286981        +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 09 2016 01:42:53
                  PYOD, LLC its successors and assigns as assignee,     of Citibank (South Dakota), N.A.,
                  Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
22287009        +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 09 2016 01:57:51
                  PYOD, LLC its successors and assigns as assignee,     of Citibank, N.A.,
                  Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21988148*      +FIFTH THIRD BANK,    PO BOX 9013,    ADDISON, TEXAS 75001-9013
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1          User: cweston              Page 2 of 2            Date Rcvd: Feb 08, 2016
                              Form ID: pdf006            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2016 at the address(es) listed below:
              Dennise L. McCann    on behalf of Debtor 2 Sarojben   Chaudhary mccann@aandalaw.com,
               wheaton@aandalaw.com
              Dennise L. McCann    on behalf of Debtor 1 Kanubhai   Chaudhary mccann@aandalaw.com,
               wheaton@aandalaw.com
              E. Philip  Groben    on behalf of Trustee Gina B Krol pgroben@dandgpc.com
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;gsullivan@cohenandkrol.com;jneiman@cohenandkrol.
               com
              Gina B Krol    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;gsullivan@cohenandkrol.com;jneiman@cohenandkrol.
               com
              Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
               ;gsullivan@cohenandkrol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Rocio  Herrera    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer for
               Fannie Mae, as owner and holder of account/contract originated by Americas Wholesale Lender
               rocio@johnsonblumberg.com,   bkecfnotices@johnsonblumberg.com
                                                                                             TOTAL: 8
```