# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CHAUDHARY, KANUBHAI | § | Case No. 14-00992 DRC |
| CHAUDHARY, SAROJBEN | § | |
| | § | |
| Debtors | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 163,353.00                     Assets Exempt: 133,093.72
*(Without deducting any secured claims)*

Total Distributions to Claimants:  7,202.44       Claims Discharged
                                                  Without Payment:  52,688.35

Total Expenses of Administration:  4,297.56

---

3) Total gross receipts of $ 11,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 11,500.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 244,334.55 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,297.56 | 4,297.56 | 4,297.56 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 49,188.60 | 18,463.19 | 18,463.19 | 7,202.44 |
| **TOTAL DISBURSEMENTS** | $ 293,523.15 | $ 22,760.75 | $ 22,760.75 | $ 11,500.00 |

   4)  This case was originally filed under chapter 7 on  01/14/2014 .  The case was pending for 27 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  03/29/2016            By:/s/GINA B. KROL
                                           Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PREFERENCE | 1241-000 | 11,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 11,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase P.O. Box 901076 Fort Worth, TX 76101 | | 77,016.00 | NA | NA | 0.00 |
| | Fifth Third Bank 38 Foujntain Sq. Plz. MD 1-Com-64 Cincinnati, OH 45263 | | 5,853.00 | NA | NA | 0.00 |
| | Green Tree PO Box 6172 Rapid City, SD 57709-6172 | | 147,191.55 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota Motor Leasing 5005 N. River Blvd. NE Cedar Rapids, IA 52411 | | 14,274.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 244,334.55** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 1,900.00 | 1,900.00 | 1,900.00 |
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 6.50 | 6.50 | 6.50 |
| ASSOCIATED BANK | 2600-000 | NA | 308.70 | 308.70 | 308.70 |
| COHEN & KROL | 3110-000 | NA | 1,357.66 | 1,357.66 | 1,357.66 |
| GINA B. KROL | 3110-000 | NA | 678.84 | 678.84 | 678.84 |
| COHEN & KROL | 3120-000 | NA | 45.86 | 45.86 | 45.86 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 4,297.56** | **$ 4,297.56** | **$ 4,297.56** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Adventist GlenOaks Hospital PO Box 1965 Southgate, MI 48195 | | 838.74 | NA | NA | 0.00 |
| | Advocate Illinois Masonic Medical 836 W. Wellington Ave Chicago, IL 60657 | | 5,073.30 | NA | NA | 0.00 |
| | Bank of America PO Box 982235 El Paso, TX 79998 | | 6,712.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Best Buy PO Box 15524 Wilmington, DE 19850 | | 100.00 | NA | NA | 0.00 |
| | Chase Bank USA P.O. Box 15298 Wilmington, DE 19850 | | 7,733.00 | NA | NA | 0.00 |
| | Chase Bank USA, NA PO Box 15298 Wilmington, DE 19850 | | 7,449.00 | NA | NA | 0.00 |
| | Chase/Bank One Card Service PO Box 15298 Wilmington, DE 19850 | | 4,741.00 | NA | NA | 0.00 |
| | Chase/Bank One Card Service PO Box 15298 Wilmington, DE 19850 | | 6,679.00 | NA | NA | 0.00 |
| | Chicago Anesthesia Associates, SC 2334 Momentum Place Chicago, IL 60689 | | 164.40 | NA | NA | 0.00 |
| | Chicago Ortho and Sports Medicine PO Box 3179 Carol Stream, IL 60132 | | 706.83 | NA | NA | 0.00 |
| | Kohl's PO Box 2983 Milwaukee, WI 53201 | | 44.33 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears/CBNA 133200 Smith Rd. Cleveland, OH 44130 | | 1,186.00 | NA | NA | 0.00 |
| 000005 | CAPITAL ONE, N.A. | 7100-900 | NA | 87.82 | 87.82 | 34.26 |
| 000008 | CAPITAL RECOVERY V, LLC | 7100-900 | 147.00 | 281.63 | 281.63 | 109.86 |
| 000001 | DISCOVER BANK | 7100-900 | NA | 3,378.72 | 3,378.72 | 1,318.03 |
| 000002 | DISCOVER BANK | 7100-900 | 50.00 | 27.53 | 27.53 | 10.74 |
| 000003 | FIFTH THIRD BANK | 7100-900 | 4,616.00 | 4,690.90 | 4,690.90 | 1,829.91 |
| 000004 | FIFTH THIRD BANK | 7100-900 | 2,948.00 | 4,760.60 | 4,760.60 | 1,857.10 |
| 000006 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-900 | NA | 2,437.29 | 2,437.29 | 950.78 |
| 000007 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-900 | NA | 2,798.70 | 2,798.70 | 1,091.76 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 49,188.60 | $ 18,463.19 | $ 18,463.19 | $ 7,202.44 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 14-00992 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | CHAUDHARY, KANUBHAI | | | Date Filed (f) or Converted (c): | 01/14/14 (f) |
| | CHAUDHARY, SAROJBEN | | | 341(a) Meeting Date: | 02/07/14 |
| For Period Ending: | 03/29/16 | | | Claims Bar Date: | 08/25/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE - 65 W. NEVADA ST., GLENDALE HEIGHTS, IL | 170,000.00 | 0.00 | OA | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS | 819.97 | 0.00 | OA | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS | 50.00 | 0.00 | OA | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS | 419.40 | 0.00 | OA | 0.00 | FA |
| 5. FINANCIAL ACCOUNTS | 689.33 | 0.00 | OA | 0.00 | FA |
| 6. HOUSEHOLD GOODS | 2,500.00 | 0.00 | OA | 0.00 | FA |
| 7. WEARING APPAREL | 500.00 | 0.00 | OA | 0.00 | FA |
| 8. INSURANCE POLICIES | 19,808.16 | 0.00 | OA | 0.00 | FA |
| 9. INSURANCE POLICIES | 29,642.15 | 0.00 | OA | 0.00 | FA |
| 10. INSURANCE POLICIES | 8,210.14 | 0.00 | OA | 0.00 | FA |
| 11. INSURANCE POLICIES | 4,786.05 | 0.00 | OA | 0.00 | FA |
| 12. INSURANCE POLICIES | 5,013.71 | 0.00 | OA | 0.00 | FA |
| 13. PENSION / PROFIT SHARING | 25,007.81 | 0.00 | OA | 0.00 | FA |
| 14. VEHICLES | 15,000.00 | 0.00 | OA | 0.00 | FA |
| 15. VEHICLES | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 16. VEHICLES | 4,000.00 | 0.00 | OA | 0.00 | FA |
| 17. PREFERENCE (u) | 0.00 | 11,500.00 | | 11,500.00 | FA |
| Debtors and son owned an LLC which owned a motel. Motel was sold and son rec'd more than his proportionate share of the proceeds. Trustee threatened to sue for preference but settled prior to litigation. | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $296,446.72     $11,500.00     $11,500.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

UST Form 101-7-TDR (10/1/2010) (Page: 8)

Ver: 19.05f

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: 14-00992   DRC   Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: CHAUDHARY, KANUBHAI | Date Filed (f) or Converted (c): 01/14/14 (f) |
| CHAUDHARY, SAROJBEN | 341(a) Meeting Date: 02/07/14 |
| | Claims Bar Date: 08/25/14 |

Sent TFR TO US TEE for Approval January 26, 2016, 01:14 pm

Case is ready for claims review and TFR
October 08, 2015, 11:17 am

Trustee to review claims and prepare TFR
October 22, 2014, 11:17 am '
Debtors owned 20% interest in a motel which was sold pre-petition. Trustee requested and received books and records regarding the sale. Debtors received $10,000 from the sale but perhaps should have rec'd more )$10,000 did not equal 20% of the net sales proceeds) Trustee recovered additional money.
October 01, 2014, 04:43 pm

Initial Projected Date of Final Report (TFR): 10/31/15     Current Projected Date of Final Report (TFR): 02/28/16

          /s/     GINA B. KROL
_____ Date: 03/29/16
          GINA B. KROL

FORM 2

Page: 1

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-00992 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | CHAUDHARY, KANUBHAI | | Bank Name: | ASSOCIATED BANK |
| | CHAUDHARY, SAROJBEN | | Account Number / CD #: | *******1020 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3754 | | | |
| For Period Ending: | 03/29/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/26/14 | 17 | Johnathan G. Anderson & Associates<br>Client Trust Account<br>1701 E. Woodfield Rd., Ste. 1050<br>Schaumburg, IL 60173 | | 1241-000 | 11,500.00 | | 11,500.00 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 11,490.00 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.08 | 11,472.92 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.06 | 11,455.86 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.48 | 11,439.38 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.01 | 11,422.37 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.43 | 11,405.94 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.96 | 11,388.98 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.93 | 11,372.05 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | | 2300-000 | | 6.50 | 11,365.55 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.27 | 11,350.28 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.87 | 11,333.41 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.31 | 11,317.10 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.83 | 11,300.27 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.26 | 11,284.01 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.78 | 11,267.23 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.75 | 11,250.48 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.19 | 11,234.29 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.70 | 11,217.59 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.14 | 11,201.45 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.65 | 11,184.80 |
| 03/10/16 | 030002 | Cohen & Krol<br>105 W. Madison St.<br>Suite 1100 | Final Distribution<br>Attorneys Fees | 3110-000 | | 1,357.66 | 9,827.14 |

LFORM2T4

UST Form 101-7-TDR (10/1/2010) (Page: 10)

Ver: 19.05f

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-00992 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | CHAUDHARY, KANUBHAI | | Bank Name: | ASSOCIATED BANK |
| | CHAUDHARY, SAROJBEN | | Account Number / CD #: | *******1020  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3754 | | | |
| For Period Ending: | 03/29/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/10/16 | 030003 | Cohen & Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys Expenses | 3120-000 | | 45.86 | 9,781.28 |
| 03/10/16 | 030004 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee's Fees | 2100-000 | | 1,900.00 | 7,881.28 |
| 03/10/16 | 030005 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorney's Fees | 3110-000 | | 678.84 | 7,202.44 |
| 03/10/16 | 030006 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | 7100-900 | | 1,318.03 | 5,884.41 |
| 03/10/16 | 030007 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | 7100-900 | | 10.74 | 5,873.67 |
| 03/10/16 | 030008 | FIFTH THIRD BANK<br>PO BOX 9013<br>ADDISON, TEXAS 75001 | Final Distribution | 7100-900 | | 1,829.91 | 4,043.76 |
| 03/10/16 | 030009 | FIFTH THIRD BANK<br>PO BOX 9013<br>ADDISON, TEXAS 75001 | Final Distribution<br>(4-1) Modified  5/30/14 to correct creditors address MF | 7100-900 | | 1,857.10 | 2,186.66 |
| 03/10/16 | 030010 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final Distribution<br>(5-1) CREDIT CARD DEBT | 7100-900 | | 34.26 | 2,152.40 |
| 03/10/16 | 030011 | PYOD, LLC its successors and assigns as assignee | Final Distribution | 7100-900 | | 950.78 | 1,201.62 |

LFORM2T4

UST Form 101-7-TDR (10/1/2010) (Page: 11)

Ver: 19.05f

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-00992 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | CHAUDHARY, KANUBHAI | | Bank Name: | ASSOCIATED BANK |
| | CHAUDHARY, SAROJBEN | | Account Number / CD #: | *******1020 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3754 | | | |
| For Period Ending: | 03/29/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/10/16 | 030012 | of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br>PYOD, LLC its successors and assigns as assignee | Final Distribution | 7100-900 | | 1,091.76 | 109.86 |
| 03/10/16 | 030013 | of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br>Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Final Distribution<br>(8-1) JCPENNEY CREDIT SERVICES | 7100-900 | | 109.86 | 0.00 |

| Account *******1020 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 1 | Deposits | 11,500.00 | 13 | Checks | 11,191.30 |
| 0 | Interest Postings | 0.00 | 19 | Adjustments Out | 308.70 |
| | Subtotal | $ 11,500.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | $ 11,500.00 |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 11,500.00 | | | |

LFORM2T4 UST Form 101-7-TDR (10/1/2010) (Page: 12)

Ver: 19.05f

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-00992 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | CHAUDHARY, KANUBHAI | | Bank Name: | ASSOCIATED BANK |
| | CHAUDHARY, SAROJBEN | | Account Number / CD #: | *******1020 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3754 | | | |
| For Period Ending: | 03/29/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

　
　
　
　

Trustee's Signature: /s/ GINA B. KROL  Date: 03/29/16
　　　　　　　　　　GINA B. KROL